UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS



In Re:  Jesus Ramos Salinas
        Veronica Salinas                    Case No.: 13-70065

       Debtor

                                            Chapter: 13

ENTERED
08/19/2013

## ORDER DISMISSING CHAPTER 13 CASE #50

On this day came on for consideration the Trustee's Motion to Dismiss. The Court, having heard the evidence and arguments of counsel, finds that the Motion should be granted.

It is therefore ORDERED that the Trustee's Motion to Dismiss is hereby GRANTED and the above-referenced case is hereby DISMISSED.

It is further ORDERED that all funds paid on behalf of the Debtor(s) into the Trustee's account be paid to creditors in accordance with the Debtor(s)'s Chapter 13 Plan or schedules per the Trustee's normal disbursement procedures.

Signed and Entered on Docket: 8/19/13

RICHARD S. SCHMIDT
United States Bankruptcy Judge

Reason: Entered in Error.
Please refer to
OE #(51)   8/19/13

Vacated. 8/19/13